THOMAS E. WINNER
Nevada Bar No. 5168
STEVEN P. CANFIELD
Nevada Bar No. 12711
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
scanfield@awslawyers.com

*Attorneys for Defendant*
*National General Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESIREE PAYNE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL GENERAL INSURANCE COMPANY, a Foreign Corporation; DOES I through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>　　　　　Defendants. | CASE NO.: 2:14-cv-1713-RFB-PAL<br>DEPT. NO.:<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND REQUEST FOR MANDATORY SETTLEMENT CONFERENCE (1ST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the trial that is currently scheduled for January 18, 2016, and refer this matter for a Mandatory Settlement Conference.

In support of this Stipulation and request, the parties state as follows:

1. Discovery is complete;

2. Defense counsel, Thomas E. Winner, has a firm setting in another matter, also in the United States District Court, entitled Rogelio Martinez et al. vs Shamit Patel, et al., Case No. 2:13-cv-02189-APG-GWF. Said case is scheduled to begin trial on January 11, 2016.

3. Additionally, defense expert, Dr. David Fish, has also advised that he will be out of the country from January 15, 2016 through January 25, 2016, and thus unable

to testify at the trial;

4. Further, counsel would request that this Court refer this matter for a Mandatory Settlement Conference.

This request for an extension of time is not sought for any improper purpose or other purpose of delay.

DATED  10th  day of December, 2015                    DATED  10th   day of December 2015


 /s/ THOMAS E. WINNER                          /s/ ALISON BRASIER
Thomas E. Winner                               Alison Brasier
Nevada Bar No. 5168                            Nevada Bar No. 10522
Steven P. Canfield                             CLOWARD HICKS & BRASIER
Nevada Bar No. 12711                           801 South Fourth Street
ATKIN WINNER & SHERROD                         Las Vegas, Nevada 89101
1117 South Rancho Drive                        *Attorney for Plaintiff*
Las Vegas, Nevada 89102
*Attorneys for Defendant*
*National General Insurance Company*


## ORDER

IT IS HEREBY ORDERED that the trial set for January 18, 2016 at 9:30 AM is VACATED and continued to **June 7, 2016 at 9:30 AM.**

IT IS FURTHER ORDERED that calendar call set for January 7, 2016 at 10:30 AM is VACATED and continued to **May 31, 2016 at 1:30 PM**.

IT IS FURTHER ORDERED that the case is REFERRED to the Magistrate Judge for the scheduling of a settlement conference.

DATED this 11th day of December, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE