UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DESIREE PAYNE, | Case No. 2:14-cv-01713-RFB-PAL |
| Plaintiff, | ORDER |
| v. | |
| NATIONAL    GENERAL    INSURANCE COMPANY, | |
| Defendant. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The settlement conference currently scheduled for March 25, 2016, at 9:30 a.m., is **VACATED** and **CONTINUED** to **April 7, 2016, at 1:30 p.m.**, in Chambers Room 3071.

2. Confidential settlement statements shall be received in chambers no later than **4:00 p.m. March 31, 2016.**

3. All other instructions within the original Order Scheduling Settlement Conference (Dkt. #25) shall remain in effect.

DATED this 9th day of March, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE