THOMAS E. WINNER
Nevada Bar No. 5168
STEVEN P. CANFIELD
Nevada Bar No. 12711
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
scanfield@awslawyers.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESIREE PAYNE,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL GENERAL INSURANCE COMPANY, a Foreign Corporation; DOES I through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>    Defendants. | CASE NO.: 2:14-cv-1713-RFB-PAL<br>DEPT. NO.:<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Alison M. Brasier of the law firm of Cloward Hicks & Brasier and Richard Harris of the Richard Harris Law Firm, attorneys for the Plaintiff, DESIREE PAYNE, and Thomas E. Winner and Steven P. Canfield, of the law firm of Atkin Winner & Sherrod attorneys for Defendant, NATIONAL GENERAL INSURANCE COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

   IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

   IT IS FURTHER STIPULATED THAT the trial date of June 7, 2016 at the hour of 9:30 a.m. and the Calendar Call hearing of May 31, 2016 at 1:30 p.m. be vacated in the above

///

1 | referenced matter.
2 | DATED this 27 day of April, 2016.

ATKIN WINNER & SHERROD

Thomas E. Winner
Nevada Bar No. 5168
Steven P. Canfield
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

CLOWARD HICKS & BRASIER PLLC

Alison M. Brasier
Nevada Bar No. 10522
4101 Meadows Ln., Suite 210
Las Vegas, NV 89107

And

Richard A. Harris
Nevada Bar No. 0505
801 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

787531.DOCX

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that the trial date of June 7, 2016 at the hour of 9:30 a.m. and the Calendar Call hearing of May 31, 2016 at 1:30 p.m. are vacated in the above referenced matter.

DATED this __10th__ day of __May__ 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:
ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Steven P. Canfield
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:14-cv-1713-RFB-PAL